IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02428-AP

LINDA MARIE BROWN,

     Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

Ann J. Atkinson
Attorney at Law
7960 S. Ireland Way
Aurora, CO 80016-1904
(303) 680-1881
(303) 680-7891 (facsimile)
atkinsonAJ@aol.com

<u>For Defendant</u>:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

- 1 -

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout St., Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

A.      **Date Complaint Was Filed:**  September 6, 2013

B.      **Date Complaint  Was Served on U.S. Attorney's Office:**  September 9, 2013

C.      **Date Answer and Administrative Record Were Filed:**  November 6, 2013

## 4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties disagree about adequacy and completeness of the record, but the disputed records and issues related to them will be addressed during the briefing process.

## 5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff intends to submit additional evidence (previously submitted to the Appeals Council) as proposed amendments to the Administrative Record with her Opening Brief.  Defendant states that she cannot stipulate to supplementing the certified administrative record with said evidence, but has no objection to Plaintiff submitting the evidence with her brief.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7.  OTHER MATTERS

The parties are not aware of any other matters.

## 8.  BRIEFING SCHEDULE

A.      **Plaintiff's Opening Brief Due:** January 6, 2014

     **B.**     **Defendant's Response Brief Due**: February 5, 2014

     **C.**     **Plaintiff's Reply Brief (If Any) Due:** February 20, 2014

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

     **A.**     **Plaintiff's Statement:** Plaintiff does/does not request oral argument.

     **B.**     **Defendant's Statement:** Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

     **A.**     **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.**     **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this 26th  day of November, 2013.

                         BY THE COURT:

                         *s/John L. Kane*

                         U.S. DISTRICT COURT JUDGE

APPROVED:

                                          John F. Walsh
                                          United States Attorney

| | |
|---|---|
| s/ *Ann J. Atkinson* | **By:** s/ *Alexess D. Rea* |
| Ann J. Atkinson | Alexess D. Rea |
| Attorney at Law | Special Assistant U.S. Attorney |
| 7960 S. Ireland Way | 1961 Stout St., Suite 4169 |
| Aurora, CO 80016-1904 | Denver, CO 80294-4003 |
| (303) 680-1881 | (303) 844-7101 |
| (303) 680-7891 (facsimile) | 303) 844-0770 (facsimile) |
| atkinsonAJ@aol.com | alexess.rea@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |